# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **33 Seminary et al. v. The City of Binghamton et al.**　　Docket No.: **15-2646**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Brian Lehman**

Firm:

Address: **47-39 Vernon Blvd.**

Telephone: **929-275-1687**　　Fax:

E-mail: **brian@lehmanlawgroup.com**

Appearance for: **33 Sminary LLC, 31 Seminary LLC, and 26 Seminary Avenue Project LLC**
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: **Alison M. Drew, Esq.**)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[ ] Additional counsel (co-counsel with: _____)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **January 4, 2016**　　OR

[ ] I applied for admission on _____.

Signature of Counsel: */s/ Brian Lehman*

Type or Print Name: **Brian Lehman**